IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARNELL DOSS,** | : Civil No. 4:19-cv-1789 |
| **Plaintiff,** | : |
| v. | : |
| **BUREAU OF PRISONS, et al.,** | : |
| **Defendants.** | : Judge Sylvia H. Rambo |

## O R D E R

AND NOW, this 10th day of November, 2021, in accordance with the accompanying memorandum of law, IT IS HEREBY ORDERED as follows:

1) The Report and Recommendation of the Magistrate Judge (Doc. 43) is ADOPTED IN PART;

2) Moving Defendants' Motion to Dismiss/Motion for Summary Judgment (Doc. 25) is GRANTED IN PART to the extent it is consistent with the Magistrate Judge's Report and Recommendation (Doc. 43);

3) Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and Moving Defendants' Motion to Dismiss/Motion for Summary Judgment (Doc. 25), dismissal/judgment is GRANTED as to all claims except Plaintiff's RFRA claims related to the symbols in the Allenwood Chapel (*see* Doc. 43, §IV.B.8, p. 41), his request to wear a purple head covering (*see id.*, § IV.B.9, p. 42), and his objection to the specific PPD Tuberculosis test (*see id.*, § IV.B.14, p. 49).

4) This matter is referred back to the magistrate judge to direct that Plaintiff's complaint be properly served on Defendant Asp and for pretrial management on the remaining claims.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge
